UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>OUCHO SAELEE; and LAI CHIEM SAELEE,<br>Defendants/Petitioners. | CR92-0321 TSZ<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to set a briefing schedule, docket no. 261, is GRANTED as follows.

(a) Defendants/Petitioners Oucho Saelee and Lai Chiem Saelee shall file their amended motion for a writ of audita querela and/or coram nobis by November 2, 2026;

(b) The currently pending motion for a writ of audita querela and/or coram nobis, docket no. 250, is STRICKEN without prejudice;

(c) Plaintiff/Respondent United States of America shall file any response to the amended motion by December 4, 2026;

(d) The amended motion shall be noted for December 16, 2026, and any reply in support of the amended motion shall be filed by the noting date; and

(e) Counsel are REMINDED to redact personal data identifiers; *see* LCR 5.2(a); various exhibits submitted by defendants/petitioners have been sealed by the Court because they contained personal data identifiers (dates of birth, social security numbers, driver license numbers, etc.); such exhibits shall be refiled in appropriately redacted form in connection with the amended motion.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk